# EXHIBIT
# 1



**Citizens for Constitutional Integrity <citizens@constitutionalintegrity.org>**

---

# New Request FCC-FOIA-2026-000266

1 message

---

**fcc@arkcase.com** <fcc@arkcase.com>                                    Mon, Jan 5, 2026 at 10:41 A
To: Citizens@constitutionalintegrity.org



You have received document(s) for Request:
FCC-FOIA-2026-000266

# "FCC Chairman Brendan Carr Emails and Texts"

Documents are attached to this email.

# Request Details

---

| | |
|---|---|
| **Title** | FCC-FOIA-2026-000266 - Under the Freedom of Information Act (FOIA), 5 U.S.C. � 552, and on behalf of Citizens for Constitutional Integrity, a 501(c)(3) nonprofit charity, I am requesting the Federal Communications Commission (FCC) Information Access Liaison Office to send copies of the following materials: 1. All emails to or from FCC Chairman Brendan Carr that contain the words ?Jimmy?, ?Kimmel?, ?ABC,? ?Charlie?, or ?Kirk? on or between September 10, 2025, and September 23, 2025. 2. All emails between or among FCC Chairman Brendan Carr and any email addresses that contain ?nexstar.tv? or ?sbgtv.com? on or between September 10, 2025, and September 23, 2025. 3. All text |

messages or threads, Signal messages or threads, or other messaging app messages or threads to or from FCC Chairman Brendan Carr that contain the words ?Jimmy?, ?Kimmel?, ?ABC,? ?Charlie?, or ?Kirk? on or between September 10, 2025, and September 23, 2025. Please email electronic copies of these documents, in a reasonably accessible format, to Citizens@ConstitutionalIntegrity.org. If email will not accommodate them, please send electronic files to this address: Citizens for Constitutional Integrity 1930 18th St. NW, Ste. B2, PMB 620 Washington, DC 20010

| | | | |
|---|---|---|---|
| **Type** | New Request | **Queue** | Intake |
| **Created** | 01/05/2026 10:40 AM America/New_York | **Received** | 01/05/2026 10:40 AM America/New_York |
| **Assignee** | | **Owning Group** | OFFICERS@FCC.GOV |
| **Due** | 02/03/2026 17:00 PM America/New_York | **Priority** | Medium |
| **Modified** | 01/05/2026 10:40 AM America/New_York | **Modified By** | |

This is an automated email notification sent from ArkCase.

---

 **Request Received Acknowledgement Letter.docx**
77K