# EXHIBIT
# 3

| | |
|---|---|
| **From:** | Brendan Carr |
| **To:** | Brendan Carr |
| **Subject:** | Desk.Net |
| **Date:** | Thursday, September 25, 2025 1:31:00 PM |
| **Attachments:** | image3 (1).jpeg |
| | image2 (3).jpeg |
| | image1 (5).jpeg |

Matt Keys.  ABC Disney

Part 4-Jimmy Kimmel-Page 50





Part-4-Jimmy Kimmel-Page 51

I don't know where to go from here. You play the game well.

All GIFs aside, let's talk with words sometime -- when it's not nearly 1 a.m. I would like to better understand your positions and what you're working toward. I don't know if that can be conveyed in GIFs, or learned through FOIAs (and, honestly, I don't really have the patience or the interest in filing dozens of FOIA requests just to figure it out). We'll take it off the record.

If you're not interested, it will be my loss, I suppose. I've never talked with someone exclusively through GIFs, but there's a first time for everything.

Know adrenaline is high, but try to get some rest. Will circle back later. Thanks for the GIFs.

Thursday 2:10 PM

What's the GIF of the Day today?

Part 4-Jimmy Kimmel-Page 52

Thursday 7:40 PM

Thursday 2:10 PM

What's the GIF of the Day today?

Thursday 7:40 PM

Tap to Load Preview

thedesk.net  >

Today 5:43 PM

Chairman Carr, do you have any comment on the CFA's bar complaint filed today? It is the second complaint filed in two months.

The sender is not in your contact list.

Report Junk

Part 4-Jimmy Kimmel-Page 53