# EXHIBIT
# 5



**Citizens for Constitutional Integrity <citizens@constitutionalintegrity.org>**

---

## RE: [EXTERNAL]: FOIA Control No. 2026-000266

**FOIA-Appeal** <FOIA-Appeal@fcc.gov>                                           Tue, Apr 28, 2026 at 5:03 PM
To: Citizens for Constitutional Integrity <citizens@constitutionalintegrity.org>
Cc: FOIA-Appeal <FOIA-Appeal@fcc.gov>

Dear Mr. Pettinato,

We received your letter appealing the response the agency provided to your Freedom of Information Act Request No. 2026-000266 ("Request").  We provide some additional information below in the hopes of resolving your concerns.

Your letter stated that the FCC failed to complete a reasonable search for responsive records and that the agency "produced no original text messages or threads, signal messages, or other messaging app messages."  This is not correct, so please let us clarify the steps the agency took in response to your request.

- Our March 13, 2026, response directed you to the FCC's Electronic Reading Room where the agency has posted a significant number of records relating to Jimmy Kimmel.  Our letter further pointed you to the link labeled "Part 4" where a PDF of multiple records responsive to your Request can be found.  Pages 50 through 53 of that publicly posted PDF consist of a text message conversation between the Chairman and reporter Matthew Keys.  As you can see, staff did in fact search for text messages and produced copies of text messages located in that search.

- As for other kinds of text messaging applications, we provide you with some additional information to clarify.  Agency smartphones are restricted with respect to applications that may be loaded on to the phone.  The Signal app is not now—and to the best of our knowledge, has never been—an approved application on agency phones.  As such, our search uncovered no Signal messages.

- With respect to the baseline text messaging capabilities (iMessage, SMS, RCS, etc.), FCC employees are expected to comply with federal record retention requirements, which can be accomplished by employees forwarding messages in which the employee is conducting agency business to an agency system of records.  As you can see on pages 50 through 53 of the PDF referenced above, that is what Chairman Carr did and these messages are available to you.

With respect to the screenshots that you provided from Brian Stelter alleging that Chairman Carr texted him, please note that under the FOIA, a search is not unreasonable merely because it did not produce a particular record or because a record assumed to exist was not located.  As noted above, the agency undertook a search for the records you requested.

Finally, we acknowledge your concern that the FCC did not provide you with updates about the Request via the FOIAonline website.  The FOIAonline website (formerly available at http://foiaonline.regulations.gov) shut down at the end of September 2023.  This event was well-publicized.  The Environmental Protection Agency announced the closure in 2021.  Your successful filing of the Request on January 5, 2026, indicates that you are already well aware that the agency accepts electronic filings via its ArkCase portal.  When the FCC sent you an acknowledgement email on January 5, 2026, confirming receipt of your Request, it included a contact email address for the FCC's FOIA Public Liaison.  The FCC makes it possible to check on the progress of a FOIA request through multiple channels of communication, as we detail here: https://www.fcc.gov/reports-research/guides/how-file-foia-request.

We hope this information is helpful and addresses the concerns set forth in your letter.  We will administratively close this appeal on May 29, 2026, if we do not hear from you before then.

Sincerely,

**Kristi Thompson**

Attorney Advisor

Office of the General Counsel

Federal Communications Commission


Direct: (+1) 202-418-1318

---

**From:** Citizens for Constitutional Integrity <citizens@constitutionalintegrity.org>
**Sent:** Tuesday, March 31, 2026 4:56 PM
**To:** FOIA-Appeal <FOIA-Appeal@fcc.gov>
**Subject:** [EXTERNAL]: FOIA Control No. 2026-000266

You don't often get email from citizens@constitutionalintegrity.org. Learn why this is important

CAUTION: This email originated from outside of the Federal Communications Commission. Do not click on links or open attachments unless you recognize the sender and trust the content to be safe. If you suspect this is a phishing attempt, please use the 'Report Message' feature in Microsoft Outlook or forward the email to the NSOC.

Adam Candeub
General Counsel
Federal Communications Commission
45 L Street NE
Washington, D.C. 20554
FOIA-Appeal@fcc.gov

Dear Mr. Candeub,


Please see the attached appeal from the FCC's decision in FOIA Control No. 2026-000266.


Sincerely,


Jared Pettinato

Executive Director


Citizens for Constitutional Integrity

A 501(c)(3) Nonprofit

1930 18th St. NW, Ste. B2, PMB 620

Washington, DC 20009

(406) 272-5204

Citizens@ConstitutionalIntegrity.org

www.ConstitutionalIntegrity.org