**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR CONSTITUTIONAL INTEGRITY, | Case No. 26-cv-2018 |
| Plaintiff, | |
| v. | |
| THE FEDERAL COMMUNICATIONS COMMISSION, | |
| Defendant. | |

## PLAINTIFF'S REPRESENTATION STATEMENT

JARED S. PETTINATO, DC Bar No. 496901
The Pettinato Firm
1930 18th St. NW, Ste. B2, PMB 620
Washington, DC 20009
(406) 314-3247
Jared@JaredPettinato.com

*Attorney for Plaintiff*

Under Federal Rule of Civil Procedure 7.1 and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia, I am hereby filing this Certificate.

I, the undersigned counsel of record for Citizens for Constitutional Integrity, certify that to the best of my knowledge and belief, no parent companies, subsidiaries, affiliates, or companies own at least ten percent of the stock of Citizens for Constitutional Integrity. The incorporators organized it as a Montana nonprofit corporation, and the IRS recognizes it as a 501(c)(3) charitable corporation.

I am making these representations, so the judges of this Court may determine any need for recusal.

Dated June 8, 2026,

*/s/ Jared S. Pettinato*
JARED S. PETTINATO
*Attorney for Plaintiff*

Pl.'s Representation Statement
*Citizens for Constitutional Integrity v. FCC*                                  1

**CERTIFICATE OF SERVICE**

I hereby certify that I filed Plaintiffs' Representation Statement by using the

CM/ECF system. I served Defendant by mailing a copy along with the summons and

Complaint.

Dated: June 8, 2026,              */s/ Jared S. Pettinato*
                                   Jared S. Pettinato
                                   The Pettinato Firm