# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

CITIZENS FOR CONSTITUTIONAL
INTEGRITY,

    Plaintiff,

      v.

THE FEDERAL COMMUNICATIONS
COMMISSION,

    Defendant.

Case No. 26-cv-2018

Judge Loren L. AliKhan

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

JARED S. PETTINATO, DC Bar No. 496901
The Pettinato Firm
1930 18th St. NW, Ste. B2, PMB 620
Washington, DC 20009
(406) 314-3247
Jared@JaredPettinato.com

*Attorney for Plaintiff*

Under Federal Rule of Civil Procedure 56 and LCvR 7(h), Plaintiff Citizens for Constitutional Integrity hereby moves for summary judgment against Defendant the Federal Communications Commission for violating the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Citizens sent a refined request for Chair Brendan Carr's text message strings across a 14-day period, responsive to specific search terms. The request related to Carr's threats against ABC television and radio network's license over Jimmy Kimmel's jokes.

The FCC failed to complete a reasonable search for and failed to produce the responsive text messages. It violated FOIA, and FOIA entitles Citizens to summary judgment.

Dated June 9, 2026,

/s/ Jared S. Pettinato
JARED S. PETTINATO
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed Plaintiffs' Motion for Summary Judgment, Points and Authorities in Support, Statement of Undisputed, Material Facts in Support of Their Motion for Summary Judgment, and Exhibit 1 by using the CM/ECF system. I served Defendant FCC by mailing a copy of those materials with the Summons and Complaint to the FCC, the Attorney General's Office, and the United States Attorney's Office.

Dated: June 9, 2026,                    /s/ *Jared S. Pettinato*
                                        Jared S. Pettinato
                                        The Pettinato Firm