# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR CONSTITUTIONAL INTEGRITY, | Case No. 26-cv-2018 |
| Plaintiff, | Judge Loren L. AliKhan |
| v. | |
| THE FEDERAL COMMUNICATIONS COMMISSION, | |
| Defendant. | |

## PLAINTIFF'S STATEMENT OF UNDISPUTED, MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

JARED S. PETTINATO, DC Bar No. 496901
The Pettinato Firm
1930 18th St. NW, Ste. B2, PMB 620
Washington, DC 20009
(406) 314-3247
Jared@JaredPettinato.com

*Attorney for Plaintiff*

Under LCvR 7(h), Plaintiff Citizens for Constitutional Integrity hereby files this statement of undisputed facts in support of their motion for summary judgment.

## I. The FCC Chair threatened ABC over Kimmel's statements.

1. On September 10, 2025, someone, allegedly Tyler James Robinson, shot and killed "conservative influencer Charlie Kirk during an event at Utah Valley University."[1]

2. No reasonable person disputes the horror of this political violence.

3. Five days later, on ABC television and radio network's Jimmy Kimmel Live!, Jimmy Kimmel pointed out the hypocrisies and opportunism he saw surrounding that murder:

> We hit some new lows over the weekend with the MAGA gang desperately trying to characterize this kid who murdered Charlie Kirk as anything other than one of them and doing everything they can to score political points from it. In between the finger-pointing, there was, uh, grieving on Friday − the White House flew the flags at half-staff, which got some criticism, but on a human level, you can see how hard the president is taking this.

> Yes, he's at the fourth stage of grief: construction. Demolition, construction. This is not how an adult grieves the murder of someone he called a friend; this is how a four-year-old mourns a goldfish, OK? And it didn't just happen once. And then we installed the most beautiful chandelier. Responses you wouldn't believe. Who thinks like that, and why are we building a $200 million chandlier [sic] in the White House? Is it possible that he's doing it intentionally so he can be bad about that instead of the (Jeffrey) Epstein list?

---

[1] Jon Haworth and Megan Forrester, *Tyler Robinson said he killed Charlie Kirk because he 'spreads too much hate'*, ABC News (Sept. 16, 2026), *available at* https://abcnews.com/US/tyler-robinson-set-face-formal-charges-shooting-death/story?id=125614396.

Pl.'s Statement of Undisputed, Material Facts
*Citizens for Constitutional Integrity v. FCC*, No. 26-cv-2018                    1

Anthony Robledo, *What did Jimmy Kimmel say about Charlie Kirk? Watch the monologue*, USA Today (Sept. 17, 2025), *available at* https://www.usatoday.com/story/entertainment/tv/2025/09/17/jimmy-kimmel-charlie-kirk-comments/86209731007.

4. Further facts revealed that Kimmel was incorrect in asserting the killer was one of the "MAGA gang." *See Tyler Robinson said he killed Charlie Kirk because he 'spreads too much hate'.*

5. Two days later, with the benefit of hindsight, Carr jumped on that inaccuracy to threaten ABC over Kimmel's statement. Benny Show, *Jimmy Kimmel LIES About Charlie Kirk Killer, Blames Charlie For His Murder!? Disney Must Fire Kimmel* (Sept. 17, 2025), *available at* https://www.youtube.com/watch?v=uTyX9JC-rhA.

6. Interviewed against a backdrop with the United States flag and the FCC flag, Carr effectively threatened ABC's license if it did not suspend Kimmel:

> I want to reinvigorate the public interest . . . [Broadcasters] have a license granted by us at the FCC, and that comes with it an obligation to operate in the public interest. And we can get into some ways that we've been trying to reinvigorate the public interest and some changes that we've seen. But frankly, when you see stuff like this*, I mean, look, we can do this the easy way or the hard way. These companies can find ways to change conduct and take action frankly uh on Kimmel or you know there's going to be additional work for the FCC ahead.*"

*Id.* at 11:16-11:56 (emphasis added). When asked what, specifically, Carr wanted ABC to do, Carr proposed suspending him: "you could certainly see a path forward for uh *suspension over this* and again, you know, the FCC is going to have remedies

Pl.'s Statement of Undisputed, Material Facts
*Citizens for Constitutional Integrity v. FCC*, No. 26-cv-2018                    2

we could look at. Um and again, you know, we may ultimately be called to be a judge on that . . . ." *Id.* at 12:50-13:03 (emphasis added).

7. The next day, as Carr directed, ABC suspended Jimmy Kimmel Live!. ABC News, ABC preempts 'Jimmy Kimmel Live!,' network says (Sept. 18, 2025), *available at* https://abcnews.com/US/abc-preempts-jimmy-kimmel-live/story?id=125690074.

8. Five days later, ABC restored Kimmel's program. ABC Jimmy Kimmel Live, *Jimmy Kimmel is Back!* at 4:00 (Sept. 23, 2025), *available at* https://www.youtube.com/watch?v=c1tjh_ZO_tY.

## II. Citizens sent a precise request for Carr's text messages with time-frames and search terms, but the FCC never asserted it searched his cellphone.

9. Citizens sent a refined FOIA request with one request focused on a narrow set of Carr's text messages.

10. They specified keywords and the 14-day timeframe that includes the day of Charlie Kirk's death until the day ABC restored Kimmel. New Request FCC-FOIA-2026-000266 (Jan. 5, 2026), ECF No. 1-5.

11. They asked for "All text messages or threads, Signal messages or threads, or other messaging app messages or threads to or from FCC Chairman Brendan Carr that contain the words 'Jimmy', 'Kimmel', 'ABC,' 'Charlie', or 'Kirk' on or between September 10, 2025, and September 23, 2025." *Id.*

Pl.'s Statement of Undisputed, Material Facts
*Citizens for Constitutional Integrity v. FCC*, No. 26-cv-2018                    3

12. Citizens also requested emails. *Id.*

13. The FCC responded over two months later. It produced zero text messages—except one embedded in the emails. Letter from Kristi Thompson to Jared Pettinato (Mar. 13, 2026), Ex. 1-6.

14. To explain that complete absence of response, the FCC stated, "The Office of the Chairman searched for additional responsive records.

15. The search produced no additional records responsive to your request." Letter from Thompson.

16. In its March appeal letter, Citizens objected to the FCC's failure to produce the text messages they specifically requested. Letter from Jared Pettinato to Adam Candeub (Mar. 31, 2026), ECF No. 1-8.

17. They explained the FCC has the technical capacity to search Carr's phone for responsive text messages, but apparently failed to search that phone. *Id.*

18. Citizens also forwarded a copy of reporter Brian Stelter's text he stated he had received from Carr when texting about ABC suspending Kimmel. Ex. 1.

19. The FCC denied Citizens' appeal.

20. It pointed to the single, email-embedded text, as if that qualified as a reasonable search for text messages. Email from Kristi Thompson to Citizens@ConstitutionalIntegrity.org (Apr. 28, 2026), ECF No. 1-9.

21. No facts support any assertion that the FCC searched Carr's cellphone or that it searched any other record system than emails.

22. The FCC did not dispute that Carr had sent Brian Stelter that text.

Dated June 9, 2026,

/s/ Jared S. Pettinato
JARED S. PETTINATO
*Attorney for Plaintiff*

Pl.'s Statement of Undisputed, Material Facts
*Citizens for Constitutional Integrity v. FCC*, No. 26-cv-2018                    5