# EXHIBIT 1

← **Post**

 **Brian Stelter** ✔
@brianstelter                                                           ⌀ ⋯

I asked FCC chair @BrendanCarrFCC if he had any new comment now that ABC has pulled Jimmy Kimmel's show, and he sent me this GIF



❚❚ GIF

6:59 PM · Sep 17, 2025 · **8.3M** Views

💬 7.8K          ⟲ 5.6K          ♡ 21K          🔖 1.5K

Relevant ⌄                                                     View quotes ›