## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR CONSTITUTIONAL INTEGRITY, | Case No. 26-cv-2018 |
| Plaintiff, | Judge Loren L. AliKhan |
| v. | |
| THE FEDERAL COMMUNICATIONS COMMISSION, | |
| Defendant. | |

## PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT

JARED S. PETTINATO, DC Bar No. 496901
The Pettinato Firm
1930 18th St. NW, Ste. B2, PMB 620
Washington, DC 20009
(406) 314-3247
Jared@JaredPettinato.com

*Attorney for Plaintiff*

Under Federal Rule of Civil Procedure 56 and LCvR 7(h), Plaintiff Citizens for Constitutional Integrity hereby moves for summary judgment against Defendant the Federal Communications Commission for violating the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Citizens sent a refined request for Chair Brendan Carr's text message strings, across a 14-day period, responsive to specific search terms. The request related to Carr's threats against ABC television and radio network's license over Jimmy Kimmel's jokes.

Citizens are refiling at an appropriate time. This Court denied Citizens' previous motion for summary judgment, ECF No. 5, "without prejudice as premature because Plaintiff has not yet served Defendant in accordance with Federal Rule of Civil Procedure 4." Min. Order (June 15, 2026).[1] The Court specifically allowed, "Plaintiff may refile its motion at an appropriate time." *Id.* It did not define "appropriate time," but referenced the advisory committee's note to Federal Rule 56(b). That note explained that a motion for summary judgment could be premature until "the nonmovant has had time to file a responsive pleading or other pretrial proceedings have been had." Yesterday, the FCC filed its answer. ECF No. 7. Neither the Court nor the FCC have identified any other pretrial proceedings. Therefore, because the FCC has had time to file a responsive pleading, this qualifies as an appropriate time for Citizens to renew their motion for summary judgment.

---

[1] The U.S. Postal Service delivered the Summons, Complaint, and Motion for Summary Judgment the next day. Decl. of Mailing on Def. 2-3, ECF No. 6.

Pl.'s Renewed Mot. for Summ. J.
*Citizens for Constitutional Integrity v. FCC*                                      1

Indeed, the United States Department of Justice in other cases has moved for summary judgment under Rule 56(b) before formal discovery. *See*, *e.g.*, Jeffries *v. Barr*, 965 F.3d 843, 848 (D.C. Cir. 2020); *Jimenez v. Mayorkas*, No. 21-5193, 2023 WL 2607385, at \*1 (D.C. Cir. Mar. 23, 2023). The United States Court of Appeals for the District of Columbia Circuit ratified the Department of Justice's "early-filed summary-judgment motion," although it may have "surprised" the "nonmovant." *Jeffries*, 965 F.3d at 848. "[I]n the law, what is sauce for the goose is normally sauce for the gander." *Heffernan v. City of Paterson*, 578 U.S. 266, 272 (2016). If the United States can file early for summary judgment, then Citizens can, too.

As shown in Citizens' statement of material, undisputed facts, the FCC failed to complete a reasonable search for and failed to produce the responsive text messages. It violated FOIA, and FOIA entitles Citizens to summary judgment.

Dated July 17, 2026,

/s/ *Jared S. Pettinato*
JARED S. PETTINATO
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I filed Plaintiff's Renewed Motion for Summary Judgment

by using the CM/ECF system, and that served Defendant's counsel.

Dated: July 17, 2026,                     */s/ Jared S. Pettinato*
                                          Jared S. Pettinato
                                          The Pettinato Firm