# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR CONSTITUTIONAL INTEGRITY, | Case No. 26-cv-2018 |
| Plaintiff, | Judge Loren L. AliKhan |
| v. | |
| THE FEDERAL COMMUNICATIONS COMMISSION, | |
| Defendant. | |

## PLAINTIFF'S STATEMENT OF UNDISPUTED, MATERIAL FACTS IN SUPPORT OF THEIR RENEWED MOTION FOR SUMMARY JUDGMENT

JARED S. PETTINATO, DC Bar No. 496901
The Pettinato Firm
1930 18th St. NW, Ste. B2, PMB 620
Washington, DC 20009
(406) 314-3247
Jared@JaredPettinato.com

*Attorney for Plaintiff*

Under LCvR 7(h), Plaintiff Citizens for Constitutional Integrity hereby files this statement of undisputed facts in support of their motion for summary judgment.

1. Citizens sent a refined FOIA request with one request focused on a narrow set of Carr's text messages. New Request FCC-FOIA-2026-000266 (Jan. 5, 2026), ECF No. 1-5.

2. They specified keywords and the 14-day timeframe that includes the day of Charlie Kirk's death until the day ABC restored Kimmel. *Id.*

3. They asked for "All text messages or threads, Signal messages or threads, or other messaging app messages or threads to or from FCC Chairman Brendan Carr that contain the words 'Jimmy', 'Kimmel', 'ABC,' 'Charlie', or 'Kirk' on or between September 10, 2025, and September 23, 2025." *Id.*

4. Citizens also requested emails. *Id.*

5. The FCC responded over two months later. It produced zero text messages— except one embedded in the emails. Letter from Kristi Thompson to Jared Pettinato (Mar. 13, 2026), Ex. 1-6.

6. To explain that complete absence of response, the FCC stated, "The Office of the Chairman searched for additional responsive records. The search produced no additional records responsive to your request." Letter from Thompson.

Pl.'s Statement of Undisputed, Material Facts in Supp of Renewed Mot.
*Citizens for Constitutional Integrity v. FCC*, No. 26-cv-2018                    1

7. In its March appeal letter, Citizens objected to the FCC's failure to produce the text messages they specifically requested. Letter from Jared Pettinato to Adam Candeub (Mar. 31, 2026), ECF No. 1-8.

8. They explained the FCC has the technical capacity to search Carr's phone for responsive text messages, but apparently failed to search that phone. *Id.*

9. Citizens also forwarded a copy of reporter Brian Stelter's tweet of a text, which Stelter stated he had received from Carr when texting about ABC suspending Kimmel. ECF No. 5-3.

10. The FCC denied Citizens' appeal. Email from Kristi Thompson to Citizens@ConstitutionalIntegrity.org (Apr. 28, 2026), ECF No. 1-9.

11. It pointed to the single, email-embedded text, as if that qualified as a reasonable search for text messages. *Id.*

12. No facts support any assertion that the FCC searched Carr's cellphone or that it searched any other record system than emails. *See id.*

13. The FCC did not dispute that Carr had sent Brian Stelter that text. *See id.*

Dated July 17, 2026,

> */s/ Jared S. Pettinato*
> JARED S. PETTINATO
> *Attorney for Plaintiff*

Pl.'s Statement of Undisputed, Material Facts in Supp of Renewed Mot.
*Citizens for Constitutional Integrity v. FCC*, No. 26-cv-2018          2