UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR CONSTITUTIONAL
INTEGRITY,

        Plaintiff,

    v.

FEDERAL COMMUNICATIONS
COMMISSION,

        Defendant.

Civil Action No. 26-2018 (LLA)

## DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant the Federal Communications Commission ("FCC") respectfully moves for a sixty-day extension of Defendant's time to oppose Plaintiff's Motion for Summary Judgment (ECF No. 8). Plaintiff opposes the motion; a proposed order is attached.

In support of this Motion, Defendant states as follows:

1. In this Freedom of Information Act case, Plaintiff submitted a FOIA request to the FCC for certain records relating to comedian Jimmy Kimmel. Compl. (ECF No. 1) ¶¶ 15–16. The FCC maintains records on that topic on its FOIA Electronic Reading Room webpage, and the FCC responded to Plaintiff's request in part by pointing him to the responsive records posted there. *Id*. ¶ 17 & Ex. 2. The FCC's response also indicates that the FCC searched for additional material responsive to his request, but that the search produced no additional records. *Id*.

2. Plaintiff disputes the adequacy of the FCC's search. Plaintiff filed its first motion for summary judgment (ECF No. 5) on that topic before serving the Complaint. That motion was denied as premature by this Court in a Minute Order dated June 15, 2026. Plaintiff's second

motion for summary judgment (ECF No. 8) was likewise premature, as Plaintiff elected to file that motion before the parties' first status report and without conferring with counsel for the Defendant regarding matters of substance or procedure.  The current deadline for Defendant's opposition is July 31, 2026.

3.      Defendant respectfully submits that good cause supports its request to extend the response deadline by sixty days to September 29, 2026.  The additional time will allow the agency and the undersigned the opportunity to consider whether to conduct a supplemental search, and will afford the FCC time to prepare appropriate declaration(s) in support of its opposition to Plaintiff's motion and the FCC's anticipated cross-motion for summary judgment.  The requested extension also reflects the time required for the undersigned to research and draft the opposition and cross-motion, particularly given the undersigned's drafting and other litigation responsibilities in earlier-filed cases and currently pending appeals.  Although Defendant shares Plaintiff's interest in a prompt disposition of this matter, the need for expedition is not so great as to displace other litigation obligations of at least equal importance that arose earlier.

4.      Pursuant to Local Civil Rule 7(m), the undersigned conferred via electronic mail with Plaintiff's counsel, who advised that Plaintiff opposes this motion.

Dated: July 29, 2026                                    Respectfully submitted,

                                                        JEANINE FERRIS PIRRO
                                                        United States Attorney

                                                        By:    /s/ Andrew J. Vaden
                                                               ANDREW J. VADEN, D.C. Bar #1044860
                                                               Assistant United States Attorney
                                                               601 D Street, NW
                                                               Washington, DC 20530
                                                               (202) 252-2437

                                                        *Attorney for the United States of America*

- 2 -