UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR CONSTITUTIONAL INTEGRITY,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>Defendant. | Civil Action No. 26-2018 (LLA) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Leave to File a Surreply, Defendant's Response, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion for Leave to File a Surreply is DENIED.

SO ORDERED:

________________
Date

________________________________
LOREN L. ALIKHAN
United States District Judge